Daniel P. Struck, Bar No. 012377
Dana M. Keene, Bar No. 033619
Courtney Lacaillade, Bar No. 035573
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
dstruck@strucklove.com
dkeene@strucklove.com
clacaillade@strucklove.com

*Attorneys for Defendant CoreCivic*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Anayeli Pimentel Solar, as the widow of Benjamin Gonzalez-Soto, deceased, for herself and for and on the behalf of all other surviving statutory wrongful death beneficiaries of Benjamin Gonzalez-Soto, including JMGP, Maria Elena Soto Villalpando, and Gilberto Gonzalez Reyes,<br><br>                     Plaintiff,<br><br>v.<br><br>United States of America; CoreCivic, Inc., a Maryland corporation; STG International, Inc., a Virigina corporation; and Does 1-10, healthcare providers,<br><br>                     Defendants. | NO. 2:24-cv-01517-SMM-JZB<br><br>**DEFENDANT CORECIVIC'S CORPORATE DISCLOSURE STATEMENT** |

      This Corporate Disclosure Statement is filed on behalf of Defendant CoreCivic, Inc. in compliance with the provisions of: *(check one)*

  __X__   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  ____   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any

parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    \_\_\_\_ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

    **The filing party hereby declares as follows:**

    **X**   No such corporation.

    \_\_\_\_ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  *(Attach additional pages if needed).*

    _____ Relationship _____

    \_\_\_\_ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed).*

    _____ Relationship _____

    \_\_\_\_ Other (please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 9th day of August, 2024.

                              STRUCK LOVE BOJANOWSKI & ACEDO, PLC

                              By   /s/ Dana M. Keene
                                   Daniel P. Struck
                                   Dana M. Keene
                                   Courtney Lacaillade
                                   3100 West Ray Road, Suite 300
                                   Chandler, Arizona 85226

                                   *Attorneys for Defendant CoreCivic*

**CERTIFICATE OF SERVICE**

I hereby certify that on 9th day of August, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Adam T. Peterson
Tyler B. Bugden
FARHANG &MEDCOFF
100 South Church Avenue, Suite 100
Tucson, AZ 85701
apeterson@farhangmedcoff.com
tbugden@farhangmedcoff.com
*Attorneys for Plaintiff*

Laura Belous
Rocío Castañeda Acosta
FLORENCE IMMIGRANT &REFUGEE RIGHTS PROJECT
P.O. Box 86299
Tucson, AZ 85754
lbelous@firrp.org
rcastaneda@firrp.org
*Attorneys for Plaintiff*

/s/    E. Glover